IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06CV214

| | |
|---|---|
| CHERYL HARTSELL and TERRY HARTSELL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** |
| BELLSOUTH CORPORATION et al., | ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. On March 5, 2007, a report of mediation was filed (Document No. 18) indicating that "the case was settled."

**IT IS, THEREFORE, ORDERED** that the parties shall file a **STIPULATION OF DISMISSAL**, or in the alternative, a joint status report on or before **May 18, 2007**.

Signed: April 9, 2007

David C. Keesler
United States Magistrate Judge